**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DAVID R. RASMUSSEN,

    Plaintiff,

v.                                                   CASE NO. 4:12cv194-SPM/CAS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

    This cause comes before the court on the magistrate judge's Report and Recommendation dated February 28, 2013. (Doc. 22). No objections have been filed. Having considered the report and recommendation in accordance with 28 U.S.C. § 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.     The magistrate judge's report and recommendation (doc. 22) is ADOPTED and incorporated by reference in this order.

    2.     The decision of the Commissioner to deny plaintiff's application for Social Security benefits is AFFIRMED.

    **DONE AND ORDERED** this 9th day of April, 2013.

                                                  s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                  CHIEF UNITED STATES DISTRICT JUDGE**